UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| L.M., by her next friend and parent, A.M., <br>    Plaintiff, <br><br>v. <br><br>LYFT, INC., <br>    Defendant. | Case No. 2:26-cv-10477 <br><br> Hon. Stephen J. Murphy, III |

Elizabeth K. Abdnour (P78203)
Nicole Cote (P86815)
Jessica Moore (OH: 0101098)
ABDNOUR WEIKER LLP
325 E. Grand River Ave., Suite 250
East Lansing, MI 48823
517-994-1776
liz@education-rights.com
nicole@education-rights.com
jessica@education-rights.com

Kristen Feden (NJ: 091312009)
Ashley Ann Garland (NJ: 423002023)
ANAPOL WEISS
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
215-735-1130
kfeden@anapolweiss.com
agarland@anapolweiss.com

*Attorneys for Plaintiff*

### NOTICE OF APPEARANCE

Dear Clerk:

    PLEASE ENTER the Appearance of Nicole Cote (P86815) as an additional attorney of record for Plaintiffs in the above-captioned mater.

Dated: February 12, 2026        Respectfully Submitted,

                                      */s/Nicole Cote*
                                      Elizabeth K. Abdnour (P78203)
                                      Nicole Cote (P86815)

Jessica Moore (OH: 0101098)
ABDNOUR WEIKER LLP
325 E. Grand River Ave., Suite 250
East Lansing, MI 48823
517-994-1776
liz@education-rights.com
nicole@education-rights.com
jessica@education-rights.com

Kristen Feden (NJ: 091312009)
Ashley Ann Garland (NJ: 423002023)
ANAPOL WEISS
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
215-735-1130
kfeden@anapolweiss.com
agarland@anapolweiss.com