UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| L.M., by her next friend and parent, A.M.,<br>　　　Plaintiff,<br><br>v.<br><br>LYFT, INC.,<br>　　　Defendant. | Case No. 2:26-cv-10477<br><br>Hon. Stephen J. Murphy, III |

| | |
|---|---|
| Elizabeth K. Abdnour (P78203)<br>Nicole Cote (P86815)<br>Jessica Moore (OH: 0101098)<br>ABDNOUR WEIKER LLP<br>325 E. Grand River Ave., Suite 250<br>East Lansing, MI 48823<br>517-994-1776<br>liz@education-rights.com<br>nicole@education-rights.com<br>jessica@education-rights.com | Kristen Feden (NJ: 091312009)<br>Ashley Ann Garland (NJ: 423002023)<br>ANAPOL WEISS<br>130 North 18th Street, Suite 1600<br>Philadelphia, PA 19103<br>215-735-1130<br>kfeden@anapolweiss.com<br>agarland@anapolweiss.com |

*Attorneys for Plaintiff*

## **NOTICE OF APPEARANCE**

Dear Clerk:

　　PLEASE ENTER the Appearance of Jessica Moore (OH: 0101098) as an additional attorney of record for Plaintiffs in the above-captioned matter.

　　Dated: February 12, 2026　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　***/s/Jessica N. Moore***
　　　　　　　　　　　　　　　　　　　　Elizabeth K. Abdnour (P78203)
　　　　　　　　　　　　　　　　　　　　Nicole Cote (P86815)

Jessica Moore (OH: 0101098)
ABDNOUR WEIKER LLP
325 E. Grand River Ave., Suite 250
East Lansing, MI 48823
517-994-1776
liz@education-rights.com
nicole@education-rights.com
jessica@education-rights.com

Kristen Feden (NJ: 091312009)
Ashley Ann Garland (NJ: 423002023)
ANAPOL WEISS
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
215-735-1130
kfeden@anapolweiss.com
agarland@anapolweiss.com