**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MICHIGAN**

**SOUTHERN DIVISION**

| | |
|---|---|
| L.M. by her next friend and parent, A.M., | |
| Plaintiff, | Case No.: 2:26-cv-10477-SJM-APP |
| v. | Hon. Stephen J. Murphy III |
| LYFT, INC., | |
| Defendant. | |

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE  that the undersigned attorney hereby enters an appearance as attorney of record for Defendant Lyft, Inc., in the above -styled and numbered cause. All future communications regarding this matter should be directed to the undersigned at the address set forth below.

Tomas A. Pradia
Texas State Bar No. 24108478
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
845 Texas Avenue, 25th Floor
Houston, Texas 77002
Telephone:  713.431.7100
Fax:  713.431.7101
TPradia@sheppard.com

DATED: June 25, 2026

Respectfully submitted,


SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


/s/ Tomas Pradia

Brooke Purcell
*Admitted to the Eastern District of Michigan*
California State Bar No. 260058
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: 415.774.2939
Fax: 415.403.6064
BPurcell@sheppard.com

Tomas A. Pradia
*Admitted to the Eastern District of Michigan*
Texas State Bar No. 24108478
845 Texas Avenue, 25th Floor
Houston, Texas 77002
Telephone:  713.431.7100
Fax:  713.431.7101
TPradia@sheppard.com

*Attorneys for Defendant Lyft, Inc.*