**UNITED STATES DISTICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

L.M., by her next friend and
parent, A.M.,

  Plaintiff,        Case No. 26-cv-10477

v.

            Hon Stephen J. Murphy, III

LYFT, INC.,

  Defendant.

---

**NOTICE OF APPERANCE**

  Kindly enter the appearance of the undersigned for Plaintiffs, L.M., by her next friend and

parent, A.M., in their own right, in the above-captioned matter.

Kristen Feden (NJ: 091312009)
Anapol Weiss
10000 Lincoln Dr E #201
Marlton, NJ 08053
215-735-1130
kfeden@anapolweiss.com
agarland@anapolweiss.com

Dated: June 30, 2026          **ANAPOL WEISS**

               *Kristen Feden*

             Kristen Feden (NJ: 091312009)
             Ashley Ann Garland (NJ:
             423002023)
             Anapol Weiss
             10000 Lincoln Dr E #201
             Marlton, NJ 08053
             215-735-1130
             kfeden@anapolweiss.com
             agarland@anapolweiss.com

             Elizabeth K. Abdnour (P78203)
             Nicole Cote (P86815)
             Abdnour Weiker LLP

325 E. Grand River Ave., Suite 250
East Lansing, MI 48823
517-994-1776
liz@education-rights.com
nicole@education-rights.com
jessica@education-rights.com
*Attorneys for Plaintiff*

**2**