**UNITED STATES DISTICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

L.M., by her next friend and
parent, A.M.,

     Plaintiff,

Case No. 26-cv-10477

v.

Hon Stephen J. Murphy, III

LYFT, INC.,

     Defendant.

---

## NOTICE OF APPERANCE

Kindly enter the appearance of the undersigned for Plaintiffs, L.M., by her next friend and

parent, A.M., in their own right, in the above-captioned matter.

Ashley Ann Garland (NJ: 423002023)
Anapol Weiss
10000 Lincoln Dr E #201
Marlton, NJ 08053
215-735-1130
kfeden@anapolweiss.com
agarland@anapolweiss.com

Dated: June 30, 2026

    **ANAPOL WEISS**

*Ashley A Garland*

Ashley Garland (NJ: 423002023)
Kristen Feden (NJ: 091312009)
Anapol Weiss
10000 Lincoln Dr E #201
Marlton, NJ 08053
215-735-1130
kfeden@anapolweiss.com
agarland@anapolweiss.com

Elizabeth K. Abdnour (P78203)
Nicole Cote (P86815)
Abdnour Weiker LLP
325 E. Grand River Ave., Suite 250

East Lansing, MI 48823
517-994-1776
liz@education-rights.com
nicole@education-rights.com
jessica@education-rights.com
*Attorneys for Plaintiff*