UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LM and AM,

Plaintiffs,

v.

LYFT, INC.,

Defendant.
______________________________/

Case No. 2:26-cv-10477

HONORABLE STEPHEN J. MURPHY, III

**ORDER STAYING CASE PENDING MEDIATION**

The parties submitted a stipulated order to stay the case until the completion of mediation scheduled for February 1, 2027. The parties informed the Court that they agreed for mediation to take place in Grand Rapids, Michigan, with mediator Lee Silver. The Court is satisfied with the chosen mediator and the location of the mediation. The Court, however, cannot countenance a stay of the matter for almost six months and will instead grant a delay of four, until November 30, 2026. Accordingly, the parties must reschedule the mediation. If the mediation cannot be rescheduled, the Court will appoint its own mediator.

**WHEREFORE**, it is hereby **ORDERED** that the case is **STAYED** pending mediation **until November 30, 2026**.

**IT IS FURTHER ORDERED** that the Court **REFERS** the case to Lee Silver for mediation and **ORDERS** the parties to proceed in compliance with Local Rule 16.4. The mediation must occur **no later than November 30, 2026**.

**IT IS FURTHER ORDERED** that the parties must **NOTIFY** the Court whether they are able to reschedule the mediation **no later than fourteen days from the entry of this order**.

**IT IS FURTHER ORDERED** that the parties are to proceed in compliance with Local Rule 16.4.

**IT IS FURTHER ORDERED** that Mr. Silver must **NOTIFY** the Court within seven days of completion of the mediation, "stating only the date of completion, who participated, whether settlement was reached, and whether further [alternative dispute resolution] proceedings are contemplated." E.D. Mich. L.R. 16.4(e)(6). If a settlement is reached, the parties must **NOTIFY** the Court immediately upon completion of the mediation and must **SUBMIT** a proposed order of dismissal within twenty-one days. *Id.* at 16.4(e)(7). If a settlement is not reached, the parties must **NOTIFY** the Court within five days of the completion of the mediation.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: September 10, 2026