**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

| | |
|---|---|
| L.M. by her next friend and parent, A.M.,<br><br>Plaintiff,<br><br>v.<br><br>LYFT, INC.,<br><br>Defendant. | Case No.: 2:26-cv-10477-SJM-APP<br><br>Hon. Stephen J. Murphy III<br>Mag. Judge Anthony P. Patti |

**PARTIES' JOINT RESPONSE TO THE COURT'S SEPTEMBER 10, 2026 ORDER STAYING CASE PENDING MEDIATION**

Defendant Lyft, Inc. ("Defendant") and Plaintiff L.M., by her next friend and parent, A.M. ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit this Joint Response to the Court's September 10, 2026 Order Staying Case Pending Mediation (Docket No. 12), and state as follows:

WHEREAS, on September 10, 2026, the Court entered an Order Staying Case Pending Mediation, staying the case until November 30, 2026 and referring the case to mediator Lee Silver;

WHEREAS, the Court ordered the Parties to reschedule their previously scheduled February 1, 2027 mediation to a date no later than November 30, 2026;

WHEREAS, the Court's Order further directed the Parties to notify the Court, no later than fourteen days from entry of the Order (by September 24, 2026), whether they were able to reschedule the February 2027 mediation;

WHEREAS, after exercising diligent effort, the Parties, and their previously selected mediator, Lee Silver, are unavailable to conduct the mediation by the deadline set by the Court;

WHEREAS, the Parties met and conferred to identify a suitable alternative mediator but are unable to identify a mutually agreeable mediator who is available by the deadline set by the Court;

WHEREAS, the Parties agree to mediate this action with a court-appointed mediator on a date on which both Parties are available; and

WHEREAS, due to pre-planned commitments in other matters, including out of town depositions and mediations, and other pre-planned commitments that cannot be rescheduled, Defendant's availability for a mediation in November is limited, accordingly the Parties met and conferred to provide the Court with their joint availability for mediation in both November and December 2026, as outlined below.

NOW, the Parties hereby jointly submit as follows:

1. The Parties respectfully request that the Court appoint a mediator to mediate this matter. Currently, counsel are available on one of the following dates: November 6, 30, 2026 or December 1-3, 17, 2026.
2. Should the Court wish to discuss this matter further, the Parties are happy to do so at the Court's convenience.

| | | |
|---|---|---|
| Dated: September 24, 2026 | | Respectfully submitted,<br><br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | | By: /s/ Brooke Purcell<br>Brooke Purcell<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Telephone: 415.774.2939<br>bpurcell@sheppard.com<br><br>Tomas A. Pradia<br>845 Texas Avenue, 25th Floor<br>Houston, Texas 77002 |

| | | |
|---|---|---|
| | | Telephone: 713.431.7100<br>TPradia@sheppard.com<br><br>Attorneys for Lyft, Inc. |
| | | By: /s/ Elizabeth K. Abdnour<br>Elizabeth K. Abdnour (P78203)<br>Nicole Cote (P86815)<br>Jessica Moore (OH: 0101098)<br>ABDNOUR WEIKER LLP<br>325 E. Grand River Ave., Suite 250<br>East Lansing, MI 48823<br>Telephone: 517-994-1776<br>liz@education-rights.com<br>nicole@education-rights.com<br>jessica@education-rights.com<br><br>Kristen Feden (NJ: 091312009)<br>Ashley Ann Garland (NJ: 423002023)<br>ANAPOL WEISS<br>130 North 18th Street, Suite 1600<br>Philadelphia, PA 19103<br>Telephone: 215-735-1130<br>kfeden@anapolweiss.com<br>agarland@anapolweiss.com<br><br>Attorneys for Plaintiff |