UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LM and AM,

Plaintiffs,

v.

LYFT, INC.,

Defendant,
______________________________/

Case No. 2:26-cv-10477

HONORABLE STEPHEN J. MURPHY, III

**ORDER REFERRING PARTIES TO MEDIATION**

In the parties' joint response to the Court's September 10, 2026, order, they requested the Court to appoint a mediator. ECF No. 14, PageID.84. The Court will therefore refer the parties to mediation with the Honorable Layn Phillips.[1]

**WHEREFORE**, it is hereby **ORDERED** that the Court **REFERS** the case to Judge Layn Phillips for mediation and **ORDERS** the parties to proceed in compliance with Local Rule 16.4. The mediation must occur **no later than November 30, 2026**. The parties must contact Judge Phillips and provide him with a copy of this order as soon as practicable and must **NOTIFY** the Court of the date of the conference once it is scheduled.

**IT IS FURTHER ORDERED** that Judge Phillips must **NOTIFY** the Court within seven days of completion of the mediation, "stating only the date of completion,

[1] Judge Layn Phillips is the founder of Phillips ADR Enterprises. He is a former United States Attorney, former United States District Judge, and is an experienced mediator. He may be reached by phone at (949) 760-5280 or by email at LPhillips@phillipsadr.com and MLettington@phillipsadr.com.

who participated, whether settlement was reached, and whether further [alternative dispute resolution] proceedings are contemplated." E.D. Mich. L.R. 16.4(e)(6). If a settlement is reached, the parties must **NOTIFY** the Court immediately upon completion of the mediation and must **SUBMIT** a proposed order of dismissal within twenty-one days. *Id.* at 16.4(e)(7). If a settlement is not reached, the parties must **NOTIFY** the Court within five days of the completion of the mediation.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: September 30, 2026