UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LM and AM,

Plaintiffs,

v.

LYFT, INC.,

Defendant.
_______________________________/

Case No. 2:26-cv-10477

HONORABLE STEPHEN J. MURPHY, III

**STIPULATED ORDER AMENDING**
**REFERRAL ORDER AND ALLOWING LIMITED DISCOVERY**

IT IS HEREBY STIPULATED and AGREED by and between undersigned counsel for Plaintiff and Defendant that:

1. The Court's September 30, 2026 Order Referring Parties to Mediation (ECF No. 15) shall be modified to refer the parties to Attorney Lee Silver of Butzel Long for mediation. The remaining provisions of the September 30, 2026 Order shall remain in full force and effect.

2. The Parties shall be permitted to engage in limited discovery to obtain documents or information through subpoena from any relevant law enforcement agencies regarding any investigation into or prosecution of the perpetrator of the sexual assault and abuse of the minor plaintiff as detailed in the Complaint. ECF No. 1, PageID No. 14-16.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: October 13, 2026

Dated: October 8, 2026

Respectfully submitted,

*s/ Elizabeth K. Abdnour*
Elizabeth K. Abdnour (P78203)
Nicole Cote (P86815)
Ashley A. Dylenski (P88208)
Jessica Moore (OH: 0101098)
ABDNOUR WEIKER LLP
325 E. Grand River Ave., Suite 250
East Lansing, MI 48823
517-994-1776
liz@education-rights.com
nicole@education-rights.com
ashley@education-rights.com
jessica@education-rights.com

Kristen Feden (NJ: 091312009)
Ashley Ann Garland (NJ: 423002023)
ANAPOL WEISS
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
215-735-1130
kfeden@anapolweiss.com
agarland@anapolweiss.com

*Attorneys for Plaintiff*

*s/ Brooke Purcell*
Brooke Purcell
Sheppard Mullin Richter & Hampton, LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: 415.774.2939
bpurcell@sheppard.com
Tomas A. Pradia
845 Texas Avenue, 25th Floor
Houston, Texas 77002
Telephone: 713.431.7100
TPradia@sheppard.com

*Attorneys for Defendant*